UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BURLEY McINTYRE and<br>LESLIE McINTYRE,<br><br>       Plaintiffs,<br><br>vs.<br><br>S.I. AG AVIATION, LLC, and<br>JOSH LOFTON,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)  Case No.  1:23 CV 26 ACL<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On December 20, 2023, Plaintiffs, Burley and Leslie McIntyre, by and through their attorney, Dustin L. Mayer, filed a Motion (Doc. 30) in which Plaintiffs move to dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice.**

Dated this 20th day of December, 2023.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE